UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| CLAUDIO BARRIENTOS-RAMIREZ | § | |
| | § | |
| Petitioner | § | |
| VS. | § | CIVIL ACTION NO. 2:17-CV-51 |
| | § | |
| UNITED STATES OF AMERICA | § | |

## OPINION AND ORDER OF TRANSFER

This is a habeas action filed pursuant to 28 U.S.C. § 2241 on February 6, 2017, by a prisoner incarcerated at the Otay-Mesa Detention Center in San Diego, California. (D.E. 1). Petitioner is currently incarcerated for a sentenced imposed by the Southern District of California. (D.E. 1, Page 3).

It is well established that a petition for writ of habeas corpus filed pursuant to 28 U.S.C. § 2241 must be filed in the district where the prisoner is incarcerated. *Hooker v. Sivley*, 187 F.3d 680, 682 (5th Cir. 1999)(citation omitted); *see also Pack v. Yusuff*, 218 F.3d 448, 451 (5th Cir. 2000)(citations omitted). The Otay-Mesa Detention Center is located in San Diego, California which is within the jurisdiction of the United States District Court for the Southern District of California, San Diego Division. Further, at the time this petition was filed, Petitioner was incarcerated pursuant to a sentence imposed by

the Southern District of California, San Diego Division, who also maintains supervised release jurisdiction.[1]

Accordingly, it is ordered that this case be transferred to the United States District Court for the Southern District of California, San Diego Division.

ORDERED this 8th day of February, 2017.

                                          Jason B. Libby
                              United States Magistrate Judge

---

[1] Petitioner, who was arrested on or about July 25, 2011, pled guilty to Illegal Re-Entry on September 21, 2011, in the Corpus Christi Division of the Southern District of Texas and was sentenced to 41 months imprisonment as well as two years supervised release. *United States v. Claudio Barrientos-Ramirez*, Case No. 2:11-cr-776-001 (S.D. Tex. Sept. 21, 2011)(Judgment). After completing his term of imprisonment, a supervised release warrant was later issued in the Southern District of Texas on February 16, 2016 and supervised release jurisdiction was then transferred to the Southern District of California, San Diego Division on April 14, 2016. *United States v. Claudio Barrientos-Ramirez*, Case No. 2:11-cr-776-001 (S.D. Tex. Apr. 14, 2016)(Transfer of Jurisdiction).